UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NO. 4:09-CV-00069-JHM

JENNIFER MICHAEL and                                                                    PLAINTIFFS
JOHN UTLEY AND HIS WIFE
CRYSTAL UTLEY,

v.

NATIONWIDE MUTUAL FIRE                                                                  DEFENDANT
INSURANCE COMPANY.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on a motion [DN 41] by Nationwide Mutual Fire Insurance Company's to strike Plaintiffs' Supplemental Response to Defendant's Reply [DN 40] or, in the alternative, for leave to file a supplemental response.

**IT IS HEREBY ORDERED** that Defendant's motion to strike is **DENIED** and the motion for leave to file a supplemental response is **GRANTED**. Defendant's supplemental reply shall be filed no later than 10 days after entry of this Order.

cc. Counsel of Record